HAFFEN, Respondent, v. FREUND et al., Appellants. (Supreme Court, Appellate Term. April 22, 1901.) Action by John Haffen

against Adolph Freund and others. From a judgment for plaintiff, defendants appeal. Affirmed. James Kearney, for appellants. M. D. Steuer, for respondent.

PER CURIAM. Judgment affirmed, with costs.